IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-315

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| QUONTRAY LAVAR WRIGHT | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Letter Motion to Correct Sentence [doc. 16] filed on April 7, 2008.

In accordance with the Court's original intent, the motion is GRANTED. The defendant is to serve a sentence of incarceration concurrent with his state sentence and federal time from May 11, 2005 to September 13, 2013.

SO ORDERED.

Signed: April 17, 2008

Graham C. Mullen
United States District Judge